IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOAN CRAWFORD, | : |
| | : Civil Action No. 3:20-cv-212 |
| Plaintiff, | : |
| vs. | : Judge: Kim R. Gibson |
| | : |
| COYLE MANAGEMENT, INC., | : Complaint filed: 10/20/2020 |
| | : |
| Defendant. | : **JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by the parties hereto that any and all claims in the above-entitled action are hereby dismissed with prejudice. Each party shall bear its own costs.

By: /s/James M. Horne
James M. Horne, Esquire
Pa. I.D. No. 26908
McQuaide Blasko, Inc.
811 University Drive
State College, PA 16801
(814) 238-4926
jmhorne@mqblaw.com
*Attorneys for Plaintiff*

By: /s/Bryon R. Kaster
Bryon R. Kaster, Esquire
Pa. I.D. No. 91707
Dickie, McCamey & Chilcote, PC
2578 Interstate Drive, Suite 105
Harrisburg, PA 17110
(717) 731-4800
bkaster@dmclaw.com
*Attorneys for Defendant
Coyle Management, Inc.*

Albert P. Veverka, Esquire
Pa. I.D. No. 262980
Dickie, McCamey & Chilcote, PC
Two PPG Place, Suite 400
Pittsburgh, PA 15222-5402
(412) 281-7272
aveverka@dmclaw.com
eholmes@dmclaw.com
*Attorneys for Defendant
Coyle Management, Inc.*

AND NOW, this 13th day of April, 20 21.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE